COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-427-CV

TEXAS WORKERS’ COMPENSATION COMMISSION APPELLANT

V.

ZURICH AMERICAN INSURANCE COMPANY APPELLEE

----------

FROM THE 67
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.
  
See
 
Tex. R. App. P
. 42.1(d).
 

PER CURIAM 

PANEL D:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  March 27, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.